IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| JASON MILLER, | CV 25-9-BLG-DWM |
| Plaintiff, | |
| vs. | ORDER |
| SUNBEAM PRODUCTS, INC. and NEWELL BRANDS, INC., | |
| Defendants. | |

The parties having filed a stipulation for dismissal pursuant to Rule 41(a),

IT IS ORDERED that the above-captioned cause is DISMISSED WITH PREJUDICE, each party to pay its own costs. All pending motions are MOOT and all deadlines are VACATED.

DATED this 24th day of June, 2025.

Donald W. Molloy, District Judge
United States District Court